## IN THE UNITED STATES DISTRICT COURT OF MARYLAND FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | | |
|---|---|---|
| ZAVIEA GAYNOR | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No.: 8:22-cv-01940 |
| EMPIRIAN VILLAGE OF MARYLAND, LLC | | * |
| | * | |
| *Defendant*. | * | |
| * * * * * * * * * * * * | | |

## APPPENDIX

### (Exhibit List for the memorandum of law in support of Plaintiff's motion to remand)

| Exhibit Number | Description of Exhibit |
|---|---|
| Exhibit 1 | Plaintiff's April 13, 2022 filed amended complaint and jury demand (clean version only), filed in <u>Zaviea Gaynor v. Empirian Village of Maryland, LLC, et al., Case No.: C-03-CV-22-000156</u> |
| Exhibit 2 | Defendants' May 17, 2022 filed answer |
| Exhibit 3 | Defendant Empirian Village of Maryland, LLC's June 14, 2022 amended answer, and see Defendant, Empirian Village of Maryland, LLC's memorandum of law in support of this Defendant's June 14, 2022 motion to dismiss |
| Exhibit 4 | Plaintiff's July 25, 2022 filed notice of partial voluntary dismissal without prejudice of Defendant Empirian Village of Maryland, LLC d/b/a Franklin Park at Greenbelt Station only |
| Exhibit 5 | Defendant Empirian Village of Maryland, LLC's August 4, 2022 notice of removal |
| Exhibit 6 | Defendant Empirian Village of Maryland, LLC's responses to Plaintiff's subpoena with the attached relevant responsive documents and Plaintiff's and Harmony Lively's affidavits |
| Exhibit 7 | Plaintiff's May 15, 2022 filed expert designation (memorandum only) and Plaintiff's medical expert's IME and EMG reports |
| Exhibit 8 | notices of depositions for Plaintiff, Harmony Lively, and the Defendant Empirian Village of Maryland, LLC's corporate designee |