IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | | |
|---|---|---|
| ZAVIEA GAYNOR | * | |
| *Plaintiff*, | * | |
| v. | * | Case No.: C-03-CV-22-001451 |
| EMPIRIAN VILLAGE OF MARYLAND, LLC, et al. | | |
| | * | |
| | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S NOTICE OF TAKING THE ORAL DEPOSITION OF THE DEFENDANT EMPIRIAN VILLAGE OF MARYLAND, LLC's CORPORATE DESIGNEE(S) PURSUANT TO MARYLAND RULES 2-412(d) AND 2-419, THE MARYLAND RULES AND MARYLAND LAW**

To:    Defendant Empirian Village of Maryland, LLC ("Defendant"); Elana Taub, Esq., Paul Finamore, Esq., Pessin Latz Law, P.A., 10500 Little Patuxent Parkway, Suite 650 Columbia, Maryland 21044; Michael Winer, Esq., Bregman, Berbert, Schwartz & Gilday, LC, 7315 Wisconsin Avenue, Suite 800 West, Bethesda, Maryland 20814

From:  Plaintiff Zaviea Gaynor ("Plaintiff"); John J. Leppler, Esq., Law Office of John J. Leppler, LLC, 600 Washington Avenue, Suite 201, Towson, Maryland 21204 *Counsel for the Plaintiff*.

1.    **PLEASE TAKE NOTICE** that the deposition of the Defendant be taken through the person or persons designated by the Defendants to testify concerning matters shown on the following included List of Matters on Which Examination is Sought. Additionally, "Defendant" means the Defendant's actual and/or apparent agents, servants, and/or employees.

2.    **The deposition of the Defendant will be taken in-person live at the law firm Pessin Latz Law, P.A., 10500 Little Patuxent Parkway, Suite 650 Columbia, Maryland 21044, at the date and time of August 24, 2022 at 11:00AM**. The deposition will continue thereafter, from day to day, until completed, and can be used for any purpose at the trial in this case.

3.    Pursuant to the Maryland Rules and Maryland law, the Defendant is directed to designate the person or persons who will testify at the deposition on behalf of deponent organization (Defendant) regarding all the information known by, or reasonably available to the

1

Defendant. If the Defendant so desires, the Defendant may, in its designation, specify the separate matters on which each person designated by the deponent organization will testify.

4.      The designation of the persons to testify on behalf of the deponent corporation (Defendant) on all of the matters known, or reasonably available to the Defendant, should be served on the undersigned attorney on a reasonable date before the date of the deposition

5.      You are notified that the party giving this notice wishes to examine the witness or witnesses, so designated by Defendant, on the matters shown on the below included List of Matters on Which Examination is Sought.

6.      Pursuant to the Maryland Rules and Maryland law, Defendants are on notice that it is the Defendant being deposed, not individual officers, employees or agents of the Defendant. The Defendant has a duty to prepare its designated witness or witnesses to testify on not only the information personally known by its designated witness, but also on all the information known by Defendants, by and through its officers, employees, and agents. The designated witness should be able to answer, with reasonable particularity, everything the Defendant knows on the Matters on Which Examination Is Sought, unlimited by how little the designated witness or other individual officer, employees, and agents personally know.

7.      The Defendant must search for and inform itself of the information known or reasonably available to the Defendant. If no single person has all of the information requested, the Defendant must produce, at the deposition, the number of witnesses needed to testify on each of the matters on which examination is sought.

## LIST OF MATTERS ON WHICH EXAMINATION IS SOUGHT: PLAINTIFF WILL BE EXAMINING THE DEFENDANT ON THE FOLLOWING TOPICS AND/OR ITEMS

1.      Facts and discoverable information regarding the security policies, procedures and protocols at the Franklin Park Apartments at Greenbelt Station the time of the March 22, 2022 incident giving rise to this lawsuit, and a copy of Plaintiff's complaint and amended complaint, and the police report, are collectively attached as "**Exhibit A**".

2.      Facts and discoverable information regarding the maintenance and monitoring of the video surveillance at the Franklin Park Apartments at Greenbelt Station the time of the March 22, 2022 incident giving rise to this lawsuit, and a copy of Plaintiff's complaint and amended complaint, and the police report, are collectively attached as "**Exhibit A**".

3.      Facts and discoverable information regarding the training for the security personnel the Franklin Park Apartments at Greenbelt Station the time of the March 22, 2022 incident giving rise to this lawsuit, and a copy of Plaintiff's complaint and amended complaint, and the police report, are collectively attached as "**Exhibit A**".

4.     Facts and discoverable information regarding the regarding the training for courtesy officers at the Franklin Park Apartments at Greenbelt Station the time of the March 22, 2022 incident giving rise to this lawsuit, and a copy of Plaintiff's complaint and amended complaint, and the police report, are collectively attached as "**Exhibit A**".

5.     Facts and discovery information regarding knowledge of prior incidents, including burglaries, breaking and entering, shootings, assaults, carjacking, and robberies, from January 1, 2019 up to and through March 22, 2022, at the Franklin Park Apartments at Greenbelt, and a copy of Plaintiff's complaint and amended complaint, and the police report, are collectively attached as "**Exhibit A**".

7.     Facts and discoverable information regarding all communications the Defendant had with the Greenbelt, Maryland Police Department regarding incidents that occurred prior to March 22, 2022, including assaults, robberies, shootings, thefts, carjackings that occurred at Franklin Park at Greenbelt Station, and a copy of Plaintiff's complaint and amended complaint, and the police report, are collectively attached as "**Exhibit A**".

8.     Facts and discoverable information regarding the video surveillance at the Franklin Park Apartments at Greenbelt Station the time of the March 22, 2022 incident giving rise to this lawsuit, and a copy of Plaintiff's complaint and amended complaint, and the police report, are collectively attached as "**Exhibit A**".

9.     Facts and discoverable information regarding the Defendant's security guards, security personal, property managers, and courtesy officers who were on duty at the Franklin Park Apartments at Greenbelt Station at the time of the March 22, 2022 incident giving rise to this lawsuit, and a copy of Plaintiff's complaint and amended complaint, and the police report, are collectively attached as "**Exhibit A**".

10.    Facts and discovery information regarding knowledge of the Defendants' responsive document production in this case which was produced to the Plaintiff on June 3, 2022, and the Defendants' June 3, 2022 responses to the Plaintiff's subpoena and notice of records duces tecum which states the Defendants' responsive document production and the Defendants' June 3, 2022 notice of certificate of service of discovery materials related thereto, are collectively attached as "**Exhibit B**".

Respectfully submitted,

3

/s/ *John Leppler*

_____

John J. Leppler, Esq.
CPF#: 1506160189
Law Office of John J. Leppler, LLC
600 Washington Avenue, Suite 201
Towson, Maryland 21204
E: JLeppler@Lepplerinjurylaw.com
*Counsel for the Plaintiff Zaviea Gaynor*


CERTIFICATE OF COMPLIANCE

      Pursuant to Maryland Rule 20-201, I hereby certify that I have complied with Maryland Rule 20-201(f)(1) concerning the exclusion of restricted information. This submission, including supporting documents, does not contain any restricted information.

Respectfully submitted,

/s/ *John Leppler*

_____

John J. Leppler, Esq.
CPF#: 1506160189


CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of June 2022, a copy of the foregoing DRAFT of Plaintiff's notice of taking the oral deposition of the Defendant Empirian Village of Maryland, LLC's corporate designees(s) pursuant to Maryland Rules 2-412(d) and 2-419, the Maryland rules and Maryland law, was sent via email transmission and via first class mail, postage prepaid and served upon all counsels of record.

Respectfully submitted,

/s/ *John Leppler*

_____

John J. Leppler, Esq.
CPF#: 1506160189