IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | | |
|---|---|---|
| ZAVIEA GAYNOR | * | |
|    Plaintiff | * | |
| v. | * | Case No.: C-03-CV-22-001451 |
| EMPIRIAN VILLAGE OF MARYLAND, LLC, | * | |
| et al. | * | |
|    Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE TO TAKE DEPOSITION OF PLAINTIFF ZAVIEA GAYNOR

Please take notice that the Defendant, Empirian Village of Maryland, LLC, by and through undersigned counsel, Paul M. Finamore, Elana C. Taub, and Pessin Katz Law, P.A., pursuant to the Maryland Rules of Civil Procedure, will take the deposition, upon oral examination, of the following named person before a Notary Public, or some other officer duly authorized by law, at:

      Name:     Zaviea Gaynor
      Date:      Wednesday, August 24, 2022
      Time:     12:00 p.m. EST
      Location: Pessin Katz Law, PA
                     10500 Little Patuxent Parkway, Suite 650
                     Columbia, Maryland 21044

The deposition shall be recorded stenographically, by audiotape, and/or by videotape. Said deposition will address all open issues in the case, including both liability and damages, for purposes of discovery and/or for use as evidence at trial, and will continue from day to day until completed.

NOTICE IS FURTHER GIVEN that we reserve the right to conduct this deposition utilizing the secure web-based deposition option afforded by Planet Depos or in the alternative video teleconferencing (VTC) services offered by Planet Depos ("Web Deposition") or

telephonically only to provide remote access for those parties wishing to participate in the deposition via the internet and/or telephone. Also take notice that, the court reporter may also be remote via one of the options above for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. Please contact the noticing attorney at least five (5) calendar days prior to the deposition to advise that it is your desire to appear via this remote participating means so that the necessary credentials, call-in numbers, testing and information, if necessary, can be provided to you prior to the proceedings. In addition, we also reserve the right to utilize instant visual display technology such that the court reporter's writing of the proceeding will be displayed simultaneous to their writing of same on one's laptop, iPad, tablet or other type of display device connected to the court reporter.

Respectfully submitted,

*/s/ Elana C. Taub*
Paul M. Finamore (AIS# 8812150200)
Elana C. Taub (AIS# 2009040003)
PESSIN KATZ LAW, P.A.
10500 Little Patuxent Parkway, Suite 650
Columbia, Maryland 21044
Phone: 410-339-6779
Fax: 410-307-6575
pfinamore@pklaw.com
etaub@pklaw.com
***Attorneys for Defendant,***
***Empirian Village of Maryland, LLC***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June 2022, Defendant's Notice to Take Deposition of Plaintiff, Zaviea Gaynor, was served electronically via MDEC and by e-mail upon the following counsel of record:

John J. Leppler, Esquire
Law Office of John J. Leppler, LLC
600 Washington Avenue, Suite 201
Towson, Maryland 21204
jleppler@lepplerinjurylaw.com
***Attorney for Plaintiff***

*/s/ Elana C. Taub*
Elana C. Taub (AIS# 2009040003)