

**CIRCUIT COURT FOR BALTIMORE COUNTY**
401 Bosley Avenue, Towson, Maryland 21204
Phone: (410) 887-2601 Maryland Relay call: 711
Toll-free (in Maryland) 800-938-5802

Case. No. C-03-CV-22-001451

STATE OF MARYLAND
or
Zaviea Gaynor _____  vs.  Empirian Village of Maryland, LLC, et al. _____
Plaintiff                                                                Defendant

TO: John J. Leppler, Esq., Law Office of John J. Leppler, LLC
_____
Name
c/o Harmony Lively
_____
Address 1
600 Washington Avenue, Suite 201
_____
Address 2
Towson, MD 21204
_____
City, County, State, Zip

**SUBPOENA**

Issue Date: 06/14/2022
Service Deadline: 60 days after the Issue Date.

You are hereby compelled to appear at a ☐ court proceeding ☒ deposition at the following location:
PK Law, 10500 Little Patuxent Parkway, Suite 650
_____
Address of Court or Other Location
Columbia, MD 21044
_____
City, State, Zip

On August 24, 2022 at 2:00 ☐ a.m ☒ p.m
     Date                Time

☒ To testify in the above case, and/or

☐ To produce the following documents, items, and information, not privileged: _____
_____

☐ To produce, permit inspection and copying of the following documents or other tangible items: _____
_____

Amanda M. Forman _____ requested issuance of this subpoena. Questions should be referred to:
Requested By
Elana C. Taub, Esquire            PK Law, 10500 Little Patuxent Parkway, Suite 650
_____   _____
Name                                Address
                                    Coclumbia, MD 21044
_____   _____
Phone                              City, State, Zip

Special Message: Please see attached Notice to Take Deposition incorporated herein by reference.

☐ If this subpoena compels the production of financial information, or information derived from financial records, the requestor of this subpoena hereby certifies having taken all necessary steps to comply with the requirements of Md. Code Ann., Financial Institutions § 1-304 and any other applicable law.

☐ If this subpoena compels the production of medical records, the requestor of this subpoena hereby certifies having taken all necessary steps to comply with the requirements of Md. Code Ann., Health-General § 4-306 and any other applicable law.

☐ Foreign Subpoena and/or Undertaking form are attached and are incorporated by reference and are made part of this subpoena.

*Julie L. Ensor*

**Julie Ensor, Clerk**
**Circuit Court for Baltimore County**

**NOTICE:**
1. YOU ARE LIABLE TO BODY ATTACHMENT AND/OR FINE FOR FAILURE TO OBEY THIS SUBPOENA.
2. This subpoena is effective for the date and time stated and any subsequent dates as directed by the court.
3. If this subpoena is for attendance at a deposition and the party served is an organization, notice is hereby given that the organization must designate one or more persons who will testify on its behalf, pursuant to Rule 2-412(d).
4. Serving or attempting to serve a subpoena more than 60 days after the date of issuance is prohibited.

**RETURN OF SERVICE**

I certify that I delivered the original of this Subpoena to the following person(s): _____
on the following date: _____ by the following method (specified as required by Rule 2-126):
_____

_____
Signature

_____
Printed Name

CC-004 (Rev. 07/2018)

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | | |
|---|---|---|
| ZAVIEA GAYNOR | * | |
|     Plaintiff | * | |
| v. | * | Case No.: C-03-CV-22-001451 |
| EMPIRIAN VILLAGE OF MARYLAND, LLC, | * | |
| et al. | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE TO TAKE DEPOSITION OF HARMONY LIVELY

Please take notice that the Defendant, Empirian Village of Maryland, LLC, by and through undersigned counsel, Paul M. Finamore, Elana C. Taub, and Pessin Katz Law, P.A., pursuant to the Maryland Rules of Civil Procedure, will take the deposition, upon oral examination, of the following named person before a Notary Public, or some other officer duly authorized by law, at:

    **Name:** Harmony Lively
    **Date:** Wednesday, August 24, 2022
    **Time:** 2:00 p.m. EST
    **Location:** Pessin Katz Law, PA
    10500 Little Patuxent Parkway, Suite 650
    Columbia, Maryland 21044

The deposition shall be recorded stenographically, by audiotape, and/or by videotape. Said deposition will address all open issues in the case, including both liability and damages, for purposes of discovery and/or for use as evidence at trial, and will continue from day to day until completed.

NOTICE IS FURTHER GIVEN that we reserve the right to conduct this deposition utilizing the secure web-based deposition option afforded by Planet Depos or in the alternative video teleconferencing (VTC) services offered by Planet Depos ("Web Deposition") or

telephonically only to provide remote access for those parties wishing to participate in the deposition via the internet and/or telephone. Also take notice that, the court reporter may also be remote via one of the options above for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. Please contact the noticing attorney at least five (5) calendar days prior to the deposition to advise that it is your desire to appear via this remote participating means so that the necessary credentials, call-in numbers, testing and information, if necessary, can be provided to you prior to the proceedings. In addition, we also reserve the right to utilize instant visual display technology such that the court reporter's writing of the proceeding will be displayed simultaneous to their writing of same on one's laptop, iPad, tablet or other type of display device connected to the court reporter.

Respectfully submitted,

*/s/ Elana C. Taub*
Paul M. Finamore (AIS# 8812150200)
Elana C. Taub (AIS# 2009040003)
PESSIN KATZ LAW, P.A.
10500 Little Patuxent Parkway, Suite 650
Columbia, Maryland 21044
Phone: 410-339-6779
Fax: 410-307-6575
pfinamore@pklaw.com
etaub@pklaw.com
***Attorneys for Defendant,***
***Empirian Village of Maryland, LLC***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June 2022, Defendant's Notice to Take Deposition of Harmony Lively was served electronically via MDEC and by e-mail upon the following counsel of record:

John J. Leppler, Esquire
Law Office of John J. Leppler, LLC
600 Washington Avenue, Suite 201
Towson, Maryland 21204
jleppler@lepplerinjurylaw.com
***Attorney for Plaintiff***

        */s/ Elana C. Taub*
        Elana C. Taub (AIS# 2009040003)