

# Michael A. Hodge, CPP, J.D.

388 Bullsboro Drive, Ste. #337 ♦ Newnan, GA. 30263
Telephone: (240) 381-5197 ♦ Email: michaelahodge@gmail.com
www.Hodgesecurity.com

## Experience Summary

Head of Corporate Security, Washington Gas (**Retired – 10 Years**), Director of Security, American Trucking Associations, (**3 years**) Director of Security, University of Maryland (**1 year**), United States Secret Service, (**Retired – 20 Years**), United States Marine Corps (**3 years**).  Adjunct College Professor (**24 years).**

## Education

**Juris Doctorate**
University of Baltimore School of Law
Baltimore, MD     1997

**B.A. Administration of Justice**
University of the District of Columbia
Washington, DC –     1993

## Professional Education

**Online Teaching Certification**
Georgia Southern University, April 2021

**Online Teaching Certification**
Penn State University, February 2016
(Skilled in D2l course development, Blackboard, Canvass)

**FEMA COURSES**
 Incident Command System 100 and 200, May 2012

# Michael A. Hodge, CPP, J.D.
Page 2

---

**Professional Real Estate Licensing**
Alpha College of Real Estate School (Virginia)

**Facility Security Management Course**
Department of Defense
Irvine, CA     2003

**U.S. Secret Service Counter Sniper Training School**
U.S. Secret Service
Beltsville, MD     1990

**U.S. Secret Service Specialized Recruit Training**
U.S. Secret Service
Beltsville, MD     1983

**Basic Police Training Course**
Federal Law Enforcement Training Center
Glynco, Ga.           1983

## Certifications

**Certified Training Instructor** (FEMA Center for Domestic Preparedness (2012)

**Certified Protection Professional (CPP)** (ASIS International, since (2005). Hence Board Certified in Security Management. Domain areas mastered: Security Principles and practices, Business principles and practices, Investigations, Personnel Security, Physical Security, Information Security, Crisis Management, and Legal Aspects. **(Recertification December 2020)**.

**Certified Facility Security Officer (FSO)** (Department of Defense, since (2003)

**Certified Law Enforcement Trainer (CLET)** (American Society of Law Enforcement Trainers (2002)

## AWARDS

**Certificate of Appreciation from U.S. Secret Service (2016) for assistance during the Nuclear Security Summit**

**Distinguished Letter from President George W. Bush for Sept. 11, 2001**

# MILITARY AWARDS

## Marine Corps. Joint Service Commendation Award

# GOVERNMENT CLEARANCES

Held Secret and Top Secret with Polygraph

Last Criminal and FBI Background Check (Virginia 2021/ Pennsylvania 2020, Georgia 2019)

## Professional Experience

**Michael A. Hodge & Associates, LLC**                                                          1997-Present

Provides Security Management Consulting to private Industry, Government and non-government businesses as well as Forensic Expert Services and Police Procedures Expertise and Training.

- **Professional Experience**

    o **Adjunct Professor,** Virginia Commonwealth University, January 2021.  Course development and teaching under Wilder School of Homeland Security and Emergency Preparedness.

    o **Physical Security Assessment,** INOAC Inc, Bessemer Alabama Facility, February 2020.

    o **Adjunct Professor,** Slippery Rock University, September 2019.  Course development and teaching of Personnel Security.

    o **Adjunct Professor**, Georgia Southern University, July 2019.  Course development and teaching of Corporate Fraud, Investigations, and Homeland Security.

    o **Director of Security (Contract),** Helping Harvest LLC (Technology Firm), as of April 1, 2019.  Build-out of ground up facility and security program.

# Michael A. Hodge, CPP, J.D.
Page 4

- **CPP Manual Editor,** ASIS International, Development of CPP Manual, May 23, 2019 appointed.

- **CPP Manual Project Committee Member**, ASIS International, Development of CPP Manual, August 2018 appointment.

- **Adjunct Professor**, University of the District of Columbia, Graduate Homeland Security Program, 2014- (2016)

- **Adjunct Professor**, Penn State University, teaching Security Administration (2012 -2015)

- **Chairman, Workplace Violence Committee, American Gas Association** (Present)
- Editor, National Legal Preparedness Reporter, DHS/Institute for Public Safety and Justice (2016)

- **Director, Corporate Security, Washington Gas 1/2/2007** - **(Retired 1/2017)**
  In charge of entire security program for Fortune Company providing strategic and functional direction to business units within the Enterprise. Duties include physical security, guard force management, employee training, computer security, executive protection, investigations and special event to include supporting U.S. Department of Homeland Security and 10 years of managing establishing and managing million dollar plus budgets annually.

  In 2011 formulated all security design and programs for ground-up construction of 70 million dollar campus with surface and garage parking

- Security Survey, Manual development for Ardenbrook Apartments (Multiple Properties and Shopping Center), Freemont California. May-June 2013.

- Exam developer, Certified Protection Professional and Physical Security Professional, ASIS International, 2007, Orlando, Florida.

- Instructor, Certified Protection Professional (CPP) Review Course (Legal Concepts), ASIS International, 2006.

- Exam developer, Professional Certified Investigator (PCI), ASIS International, 2006, San Diego, Ca.

- **Security Consultant to Jumby Bay Resort, Antigua 2009.**

  Provided Security planning and implementation for Hotel Security, Security Guard Training, and Bars and nightclub.

- **Security Consultant to Mill Reef Club 2008-2005.**

# Michael A. Hodge, CPP, J.D.
Page 5

---

- Provided Security planning and implementation for Hotel Security, Security Guard Training, and Bars and nightclub.

- Vulnerability Assessment Annapolis State Complex, Annapolis Maryland, Feb. 2007.

- Instructor, Harvest Life Changers Church Security Academy, Woodbridge, VA. 2005.

- **Architect of the Certified Cargo Security Professional (CCSP) credential and exam, American Trucking Association**s, 2005.

- **Director of Security, American Trucking Associations**, 2004 – 2006

- **Director of Security, Center for Advanced Study of Language, University of Maryland**, College Park Maryland, 2003.

    Directed the security program for a start-up classified research center. Duties include development of physical security program, information security, emergency management, Disaster preparedness, guard force development and management and development of budgets to manage multi-million dollar annual security operations.

- **Officer/Technician, U.S. Secret Service, 20 Years RETIRED**. 1983-2003.

Responsible for protection of the President of the United States and family, Vice President of the United States and family, Dignitaries and the general public. Duties included protection of White House and other Executive designated offices and locations. Expert in conducting security surveys, assessments, and security planning for many different environments. **See 18 U.S. Code Sec. 3056A, Powers, authorities, and Duties.**

- **Security Guard/Military Police, U.S. Marine Corps, 1979-1982**.
    Non-Commissioned Officer providing security to the U.S. Pentagon and Headquarters Marine Corps in Arlington, Va.

- Author (Legal & Legislative Section, Protection of Assets Bulletin/Manual, POA Publishing.

- Workplace Violence Consultant, Occupational Safety & Health Net, 1997-1998.

- Fellow, Institute for Public Safety and Justice, Washington, D.C.; 1997

- Adjunct Professor, University of Maryland, University College, Security Management, 2003
.
- Adjunct Professor, Bowie State University, Criminal law/Procedures, 2002.

- o   Adjunct Professor, University of the District of Columbia, Security Management, Forensic Science, Criminal law and procedures, 1997-2002.

- o   Member, Academic/Practitioner Symposium, ASIS International, 1999.

## Professional Associations

- International Association for Identification, 2019.

- Association of Former Agents of the U.S. Secret Service

- International Chiefs of Police Association, member 2014

- Forensic Expert Witness Association, member 2009-2010

- Chairman, Crime and Loss Prevention Council, ASIS International, 2007

- Chairman, ASIS National School Violence Task Force, 2006 - 2007

- Vice Chairman, Crime and Loss Prevention Council, ASIS International, 2005-2007

- **ASIS International, 1998**

## Publications

- Article, Security Principles for Apartment Managers, Apartment Management Magazine, 11/9/2009.

- Article, 3 Experts, 3 perspectives on Security for Music Festivals, International Special Events Society, October 2017 (Ref: Las Vegas Hotel Shootings).

- Commentary, Special Events Magazine (Paris Theater Terrorist Attack), November 2015.

- Attorney's Guide to Crime Scene Investigations, Michael A. Hodge, 2015.

- Crime Scene Investigations for TV and Film Professionals, Michael A. Hodge, 2015.

- Managers Guide to Workplace Violence, Michael A. Hodge and Associates, 2014.

- Domestic Violence Plan, Michael A. Hodge and Associates, 2013.

- Book, Safety Plan for College, MahaPublications, LLC 2009.

- Book, Security for Houses of Worship, the Complete Guide, Michael A. Hodge & Associates, LLC, 2006.

- Best Practices for Security for Houses of Worship, ASIS International, 2006.

- Parking Premises Security, Parking Magazine, May 2005.

- Fundamentals of Premise Security, National Parking Association, May 2005

- Special Event Security: Lessons learned from 20 Years in the U.S. Secret Service, Homeland Defense Journal, May 2005.

**POA Bulletin, POA Publishing, 1999-2000**

Trade Secret Policies
ADA - Employers Duty Eliminated When no Jobs are Available
Security Camera Aids Discrimination Suit
Boss Held Personally Liable for Harassment
Workplace Violence Prevention: Emergency Planning (OSH Net.)
Workplace Violence Prevention: Employment Screening (OSH Net.)
Inadequate Security for Parking Lot Abduction
Wackenhut under Fire for Alleged Poor Hiring
Employee Handbook may Constitute a Contract
New Airport Security Legislation
Grooming Policy At Issue
RICO Expand its Reach for Abortion Clinic Security
Travel Safety
Controversial Drug Scanner
Liability Concerns of Workplace Violence
Banking Security
New Mandates for Campus Security
Franchises Liability: "Is a matter of control"
Diplomatic Immunity
OSHA and Ergonomics
Employment Screening
Employee Background Investigations - Complying with the Fair Credit Reporting Act
Video Surveillance in the Workplace: Employers responsibility vs. Employee rights.
Company Policies not always a valid defense in Discrimination Cases
Liability for Cell Phone Usage Goes to Court
Burden of Proof on Employer in Unfair Labor Practice Proceeding
No Medical Necessity Exception to Controlled Substance Act

"Zero Tolerance" debate for School Violence
Disclosure of Lawfully obtained information protected by First Amendment
Liability for Religious Biased evaluation
Wal-Mart Sued for Domestic Violence
Locked doors incur OSHA violation
Military Leave and Reinstatement Rights
Pro-Active Programs May prevent OSHA Inspections
Inadequate Apartment Complex Security
Union Workers Prohibited from Driveway Distribution
Final HIPPA Security Rule in August
U.S. Supreme Court allows Drug Tests for Some Students

## Presentations and Lectures

The Special Event, Special Event Security: Mitigating Liability from Special Events Claims, Las Vegas, March 2020.

FestForums Annual Meeting, Safety and Security of Festivals, November 2019.

ABA Annual Meeting, Defending Premises Security Cases, August 2018.

Federation of Defense Corporate Counsel, Corporate response to Claims of Workplace Violence, September 2017.

Workplace Violence & Active Shooter Seminar, Noble Offerings, LLC, March 2016.

What Managers Should Know about Premises Security Liability, ASIS International, DC Chapter, March 2016.

Workplace Violence Best Practices for Pipeline Industry, American Gas Association, Austin, TX September 2009.

Fundamentals of conducting Workplace Investigations, Washington Gas Light, September 2009.

Workplace Violence, American Gas Association, March 2009.

Inside the premises security experts view: Evaluation and workup, National Crime Victims Bar Association, October 2008.

Church Security, Faquier County Coalition of Ministers, March 2008.

Protection of Utilities, Prince George's County Maryland Department of Homeland Security, October, 2007.

Planning led to flawless security for Pope's Funeral (Expert Commentary); Special Events Magazine, April 13, 2005.

Atlanta Courthouse Shooting, (Expert Interview), ABCNEWS.com, March 11, 2005

Bottom line of Cargo Theft, National Motor Freight Traffic Association, Alexandria, Virginia, November 8, 2004.

Cargo Theft Investigations, Western States Association of Burglary and Theft Investigators, Reno Nevada October 22, 2004.

Workplace Violence Prevention, National Association of Blacks in Criminal Justice, Jacksonville, Florida, 2002.

Emergency Management, University of the District of Columbia, Washington DC, 2002.

Workplace Violence, Goodwill Industries, Inc. Human Resources Conference, Las Vegas, Nevada, 2001.

Premises Security Liability, International Association of Black Security Executives annual conference, Washington, D.C. 2001.


## Continuing Education

**Title 9, Higher Education Training, Virginia Commonwealth University, January 2021**

**FBI, Human Trafficking – What's the Impact and Prevention, November 20, 2020**

**FBI, Human Trafficking – What does it look like? November 13, 2020**

**FBI, Human Trafficking- What is it? November 8, 2020**

**United States Secret Service, Mass Attacks in Public Spaces, August 2020**

**Association of Threat Assessment Professionals, Threat Assessment and Management Academy, July 2020**

**SIGMA-Ontic, Addressing Workplace Threats in a Virtual Environment, July 2020**

**Department of Homeland Security, Multi-Agency Active Shooter Seminar, July 2020**

**ASIS International Webinar,** A look into the new Workplace Violence and Active Assailant Standard: Prevention, Intervention, Response, (June 2020)

# Michael A. Hodge, CPP, J.D.

**Protect Children (Educational environment), Certificate (1/14/20)**

**Negligent Security Seminar: People+Premises+Data.  7th Annual Leighton law Seminar Series.  March 31, 2015.**

**ASIS International 60th Annual Seminar and Exhibits, Atlanta GA. Sept. 29-Oct. 2, 2014.**

**CCTV: What you See is What you Get.  InfraGard (Instructor Paul Smith) Feb. 7, 2014. Capitol Heights MD.**

"This workshop is designed to enhance the operational use of Closed Circuit Television (CCTV) operators and Managers by providing instruction on the key elements of situational awareness and associated proactive CCTV techniques."

**Improvised Explosive Device (IED) Counterterrorism Workshop, DHS, January 17, 2014.**

**ASIS International 61th Annual Seminar and Exhibits, Irvine, Calif. 2015**