# IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| ZAVIEA GAYNOR | * |
|     Plaintiff | * |
| v. | *   Case No.: C-03-CV-22-001451 |
| EMPIRIAN VILLAGE OF MARYLAND, LLC, et al. | * |
| | * |
|     Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S PRODUCTION OF DOCUMENTS RESPONSIVE TO PLAINTIFF"S SUBPOENA DUCES TECUM

TO:     Zaviea Gaynor, *Plaintiff*

FROM:   Empirian Village of Maryland, LLC, *Defendant*

### RESPONSES

1. All documents related to any and all incident reports, witness statements, security records, patrol records, video footage, video recording, video surveillance, and audio recording, related to the March 22, 2022 incident.

**RESPONSE: Blueline Security Franklin Park Reports for March 22, 2022 – March 23, 2022; Weekly Police Report March 21, 2022 – March 27, 2022.**

2. All documents related to all of the Empirian Village of Maryland, LLC's security policies, procedures, and protocols from January 1, 2020 up to and through the present, and related to the March 22, 2022 incident.

**RESPONSE: City of Greenbelt Agreement and Blueline Security Services, LLC Agreement.**

3. All documents related to any and all Empirian Village of Maryland, LLC's liability insurance coverage and insurance coverage generally applicable to the March 22, 2022 incident.

**RESPONSE: Harford Mutual Declaration page attached.**

4. All documents related to all incident reports, police reports, service calls, and communications between Empirian Village of Maryland, LLC, and the Greenbelt, Maryland Police Department from March 22, 2019 up and through the present, for the premises related to the March 22, 2022 incident.

**REPONSE: Empirian Village of Maryland, LLC objects to this request to the extent that it seeks information that is irrelevant, overly broad, and seeks documents that would exceed the legal standard applicable to the foreseeability of intervening criminal acts of third-parties. Without waiving such objection and subject to it, see attached weekly police reports.**

5. All documents related to all incident reports, police reports, service calls, and communications between Empirian Village of Maryland, LLC, and the Prince George's County Police Department from March 22, 2019 up and through the present, for the premises related to the March 22, 2019 incident.

**RESPONSE: None.**

6. All documents related to all incident reports, police reports, service calls, google reviews, emails, and all other forms of written communication regarding complaints of assaults, batteries, robberies, thefts, carjackings, and shootings that took place on the Empirian Village of Maryland, LLC's premises related to the March 22, 2022 incident, from March 22, 2019 up to and through the present.

**RESPONSE:** Empirian Village of Maryland, LLC objects to this request to the extent that it seeks information that is irrelevant, overly broad, and seeks documents that would exceed the legal standard applicable to the foreseeability of intervening criminal acts of third-parties. Without waiving such objection and subject to it, see Franklin Park Crime Comparison as of December 2021; Crime Trend Summary 2007 – 2921; and Greenbelt News Review article "Violent Crime Continues to Decline in Franklin Park."

7. All documents related to all of Empirian Village of Maryland, LLC's organizational charts, chain of command, employee lists, patrol lists, lists of property managers, and lists of maintenance personnel, related to the March 22, 2022 incident.

**RESPONSE:** Defendant is in the process of reviewing whether it has responsive documents and will supplement this response if it locates such documents.

Respectfully submitted,

*/s/* Paul M. Finamore
Paul M. Finamore, Esquire (AIS# 8812150200)
Elana C. Taub, Esquire (AIS# 2009040003)
PESSIN KATZ LAW, P.A.
10500 Little Patuxent Parkway, Suite 650
Columbia, Maryland 21044
Phone: 410-339-6779
Fax: 410-307-6575
pfinamore@pklaw.com
etaub@pklaw.com
***Attorney for Defendant,***
***Empirian Village of Maryland, LLC***