# Nirjal K Nikhar, MD, FRCP

| | |
|---|---|
| **Name** | Nirjaleshwar Kumar Nikhar |
| **Address (Office)** | **The Neurology Clinic of Washington LLC,**<br>18213 Hillcrest Avenue,<br>Olney, MD 20832<br><br>Office Tel no: 301 260 7600<br>E mail: nnikhar@neurologymd.com |
| **Med. License held in** | India, England, and USA (NC, MD and Washington DC) |
| **School Education** | Regis School, Wolverhampton<br>England. |
| **Medical School** | Armed Forces Medical College,<br>University of Poona, India. |
| **Neurology Residency** | Wayne State University, Detroit, Michigan |
| **Neuromuscular disorders Fellowships** | Charing Cross Hospital, London, UK<br>Duke University Medical Center, Durham, NC, USA |
| **Qualifications** | Examiner for the American Board of Psychiatry and Neurology (Past)<br><br>Special Advisory panel member for the FDA, USA (Past)<br><br>MD (USA)<br>MBBS (Bombay)<br>FRCP (U.K)<br>LRCP, MRCS (U.K) |
| **Board Certifications** | American Board of Psychiatry and Neurology<br>American Board of Electrodiagnostic medicine |
| **Memberships** | American Academy of Neurology<br>American Academy of Neuromuscular and Electrodiagnostic medicine |

Royal College of Physicians of Great Britain
Montgomery County Medical Society
Association of American Physicians of Indian Origin
Indian American Medical Association (DC MD and VA)

## CLINICAL EXPERIENCE

**Current**  **Private practice at 'The Neurology Clinic of Washington'**

I presently work in my private practice, where I see a large spectrum of general neurological disorders with focus on neuromuscular disorders, and movement disorder. I have two offices situated in Olney and North Bethesda in Suburban Maryland. In my capacity as a clinical neurologist, I have been recognized as one of the 'Best Neurologists in metropolitan DC area' in Washingtonian and Bethesda magazines.
During this period, I have served as a special advisor to the FDA in the Center of devices and radiological health.

**Sept. 1999 → March 2003**  **Private practice at 'The Neurology Center'**
I joined a large private practice group in September 1999 following my fellowship training in suburban Maryland.

**July 1998 → July 1999**  **Fellow in Neuromuscular Diseases**
Professors: D.B Sanders MD, J.M Massey MD
Duke University Medical Center  This was a clinical fellowship in neuromuscular
Durham, North Carolina  diseases, where emphasis was placed on attaining electrophysiology skills in EMG and nerve conduction studies, running of the myasthenia gravis and muscular dystrophy clinic, and the Dystonia clinic for Botulinum toxin injections.

**July 1st 1995 → June 1998**  **Chief Resident in Neurology PGY IV**
Wayne State University,  Chairman: Dr.R.Lisak
Detroit, Michigan.

**Feb 1st 1994 - Jan 31st 1995**  **Research Fellow & Registrar in Neurology**
Charing Cross & Westminster  Consultant & Head of Department : Dr. R.Guiloff

2

| | |
|---|---|
| Medical School,<br>Fulham Palace Road,<br>London, England. | (Neuromuscular Unit)<br>This was a neuromuscular fellowship, for the study of cytoarchitectonics of the ventral horn of the human spinal cord. This was my first exposure to basic science bench work, but also incorporated clinical evaluation of patients with motor neuron disease. |
| **Aug 1993 - Dec 1993** | **Locum tenure as Registrar in Neurology & General Medicine** |
| **Feb 1st 1993 - July 1993**<br>Good Hope Hospital,<br>SuttonColdfield, B'ham,<br>England | **SHO in Obstetrics & Gynaecology**<br>Consultants : Mr.M.D.Moloney<br>                      Mr.C.W.Mortimer |
| **Aug 1st 1992 - Jan 31st 1993**<br>Luton and Dunstable Hospital<br>Luton, England. | **Registrar in General Medicine and Neurology**<br>Consultant Physician : Dr.B.Harrold<br>Consultant Neurologist : Dr.A.Gale |
| **Feb. 1st 1991 - July 31st 1992**<br>Norfolk and Norwich Hospital<br>Norwich, England. | **SHO Rotation in General Medicine**<br>Neurology Consultants : Dr. J.C.Brown,/ D.Dick<br>Cardiology Consultant :  Dr. H. Kennedy<br>Geriatrics Consultant :   Dr. K. Sabanathan |
| **Aug 13th 1990 - Jan 31st 1991**<br>Bridlington and District Hospital,<br>Bridlington, England. | **SHO in General Medicine**<br>Consultant : Dr. C. Mitchell<br>                                                . |
| **Feb 1st 1990 - July 31st 1990**<br>Scunthorpe General Hospital,<br>Scunthorpe, England. | **SHO in General Medicine**<br>Consultant : Dr.     J.R. Perumal |
| **Mar 1989 - July 5th 1989**<br>Central Railway Hospital, | **SHO in Orthopaedics**<br>Consultant : Dr.K.C.Jindal<br>Byculla, Bombay, India. |
| **Sept 9th 1988 - Mar 8th 1989**<br>Central Railway Hospital,<br>Byculla, Bombay, India. | **SHO in General Medicine**<br>Consultant : Dr.R.B.Pandit<br>A busy referral centre, created my first experience as a post intern. |
| **July 1st 1987 - July 3rd 1988**<br>B.Y.L.Nair Hospital<br>Bombay Central, | **Internship**<br>Dean : Dr.P.M.Pai<br>A rotating period of one year in the disciplines of |

3

Surgery, Medicine and Gynaecology, in a teaching hospital. This also involved working in a peripheral health service in rural India.

# Presentations:

**POSTERS**

**1. 'Cytoarchitectonics of the ventral horn of the human spinal cord'**
N.K.Nikhar, MRCP, R.Guiloff, FRCP.
Neuromuscular Unit, Charing Cross and Westminster Medical School, London, U.K

Presented at Charing Cross and Westminster Medical School, London. Trustees scientific poster exhibition. 1994.

**2. 'Neurological presentations of Sarcoidosis - A diagnostic challenge'**
N.K.Nikhar, MD, MRCP, J.Shah, MD, A.Tselis, MD, PhD, R.Lewis, MD
Department of Neurology, Wayne State University, Detroit, Michigan.

Presented at the American Academy of Neurology, Boston 1997.

**3. 'Neurologic Presentation in Near-Hanging Victims'**
P.L.Peterson, N.Nikhar, M.Jasumback, D.Michael, C.Lucas
Departments of Neurology, Emergency Medicine, Neurosurgery, and Surgery
wayne State University, Detroit, Michigan 48201

Presented at Neurotrauma Society Meeting, New Orleans, October 1997.

**4. Multifocal Sensorimotor Demyelinating Neuropathy with Persistent Conduction Block is Distinct from Multifocal Motor Neuropathy (MMN)**
N.K.Nikhar, MD, MRCP, R.A.Lewis, MD.
Department of Neurology, Wayne State University, Detroit, Michigan.

American Academy of Neurology, Minneapolis April 1998.

**5. New Onset Peripartum Seizures-Insight into a Common Disorder**
A.Shah, N.Nikhar, C.R.Watson, J.R.Shah, J.E.Whitty, D.B.Cotton.
Department of Neurology, Department of Obstetrics and Gynaecology, Wayne State University, Detroit, Michigan.

American Academy of Neurology, Minneapolis, April 1998.

**6. Quantitative Motor and Sensory Analysis of patients with CMT1**

D.Kamholz, N.Nikhar, N.Shein, K.Walkowicz, J.Wright, J.Kamholz, J.Garbern, R.Lewis, M.Shy.
Department of Neurology, Wayne State University, Detroit, Michigan

7. **Miller Fisher syndrome and Polyneuritis Cranialis are part of a larger spectrum in Guillain Barré syndrome**
   S. Maniar[1], N.Nikhar[2], R. Lewis[1]
   [1] Department of Neurology, Wayne State University, Detroit, Michigan.
   [2] Duke University Medical Center, Durham, North Carolina
   American Academy of Neurology, Toronto, Canada, 1999

## ABSTRACTS

**'Clinical Assessment of Muscle Force'**
A.Goonetilleke, N.Nikhar, S.V.Tan, R.W.Orrell, R.J.Guiloff
Charing Cross Hospital, London, U.K

Abstracts; Journal of Neurology Neurosurgery & Psychiatry: February 1997, 62, 2, pg. 213

## ARTICLES

**Primary Neurosarcoidosis: A diagnostic and therapeutic challenge**
Nirjal.K.Nikhar, MD, MRCP, Jagdish R Shah, MD, Alex C Tselis, MD, PhD, Richard A Lewis, MD
The Neurologist 6:126-133,2000

**Retrospective analysis of the use of cyclosporin in myasthenia gravis.**
Emma Ciafaloni, MD, Nirjaleshwar K Nikhar MD, MRCP, Janice M Massey, MD, and Doanld B Sanders MD. Neurology 2000;55:448-450

**Populations in the spinal ventral horn in sporadic motor neuron disease. A morphometric study**

Benjamin Stephens[a][b], Roberto J. Guiloff[a][b], Roberto Navarrete[b], Piers Newman [a][b], Nirjal Nikhar, Paul Lewis[c]

**CHAPTERS**

**Chapter:**   Peter A LeWitt, William Kupsky, Mark A Ferrante, James Garbern**, Nirjal Nikhar,** and A Tselis 'Body Fluid and Tissue Analysis'.458-474 <u>Textbook of Clinical Neurology Goetz and Pappert</u>.. W.B.Saunders 1999.

**Chapter:**   A.Tselis and **N.K.Nikhar** 'Neurologic infections / HIV'. <u>Neurology Pearls of Wisdom Board Review</u>. 1998.

**Chapter:**   **N.K. Nikhar** and A.Shah 'POEMS syndrome'. <u>Neurobase,</u> 1998, 1999, 2000, 2001

**Chapter:**   **N.K.Nikhar**   'Post infectious encephalomyelitis' Neurobase, 2001

**Chapter:**   **N. K. Nikhar** 'Neuropathy of Friedrichs ataxia'. <u>e Medicine</u>.

**Chapter:**   **N. K. Nikhar** ' Neuropathy of Neurosarcoidosis'. <u>e Medicine</u>.

**Chapter:**   **N.K.Nikhar**   ' Dopa Responsive Dystonia'. <u>e Medicine</u>.

**Chapter:**   **N.K.Nikhar**   ' Traumatic Neuropathies of Upper extremities. 'Trauma'.

**Chapter:**   **N.K.Nikhar**   ' Traumatic Neuropathies of Lower extremities. 'Trauma'.

**Chapter:**   **N.K.Nikhar**   ' Clinical applications of Botulinum Toxins. 'Trauma'.

**Contributing author**:   **N.K.Nikhar** Internal Medicine Pearls of Wisdom Board Review 1998
**N.K.Nikhar** Internal Medicine (Medical Students parts II and III)  Pearls of Wisdom Board Review 1998
**N.K.Nikhar** Critical Care Pearls of Wisdom Board Review 1998
**N.K.Nikhar** Pulmonary Pearls of Wisdom Board Review 1998
**N.K.Nikhar** General Surgery Pearls of Wisdom Board Review 1998