

# The Neurology Clinic of Washington

*General Neurology, Neuromuscular diseases, Movement disorders, Headaches, Sleep Disorders,*

*Electromyography, Botulinum Toxin injections, Sleep Clinic*

**Nirjal K Nikhar MD, FRCP**

---

## Attorney Fee Schedule

**Deposition***
$1750.00 minimum for the first two hours, or any portion thereof (excluding records review and preparation), including travel time. After two hours, the rate will be $750/ hr.

Refund Policy for Deposition:

Cancellation with five (5) business days notice: full refund minus time reviewing any records
Cancellation with two (2) to four (4) business days notice: 50% refund minus time reviewing any records
Cancellation with one (1) business day notice: 25% refund
Cancellation with <24 hours, or no show: no refund

**Attorney Conference (in person or telephone conference)**
A $600 minimum for each hour, or any portion thereof. A $100 for each additional 15 minutes.

**Court Appearance***
A charge of $5,000 for a half day and $7,000.00 for a full day, including travel time.

**Records Review**
$550 per hour, payable on completion of the review

**Medical Records**
$22.88 preparation fee plus .76 per page.

**IME**
$1000 for an Independent Medical Exam (including record review of a 10 to 15 minute time frame.) Time spent beyond 15 minutes for record review will be billed at the record review rate mentioned above.

**Refund Policy for IME cancellation**
Cancellation with at least five (5) business days notice: full refund minus time reviewing any records.
Cancellation with two to Four (2-4) business days notice: 50% refund minus time reviewing any records.
Cancellation with less than two (2) business days: no refund

***Payment must be received seven (7) business days prior to the scheduled date.**

**Attorney Medical summary letter:**
$500

**Please make check payable to:**     N. K. Nikhar, MD,
The Neurology Clinic of Washington,
18213 Hillcrest Ave
Olney, MD 208323

**Tax ID #**     38-367-3632

**Revised:  4/20/2022**