# The Neurology Clinic of Washington

*General Neurology, Neuromuscular diseases, Movement disorders, Headache, Sleep Disorders, Electromyography, Botulinum Toxin injections*

**Nirjal K. Nikhar, MD, FRCP; Aubreigh Godleski, PA-C, MSPAS; Yumi Jono, DNP**

---

**Name**: Zaviea Gaynor   DOB: 12.2.1995

**Appt. Date/Time**   6.15.2022, 11.00 AM

**Chief Complaint**: Left foot and ankle numbness and left foot drop

**History:**   Mr. Gaynor is a pleasant right-handed gentleman who presents today for a neurological evaluation on 6.15.2022. A comprehensive and complete history was taken from the patient. His written history, his symptoms and his complaints are annotated and scanned in patients file for review and serve as part of his records. His history is summarized as follows;

He is a pleasant 26 year old gentleman who presents for a neurological evaluation with complaints of tingling, burning and numbness in the left ankle and foot and weakness of the left foot for the last three months. His symptoms began after he was assaulted and shot in the left buttock on the evening of 3.22.2022. He was evaluated at Maryland Capital regional medical center and found to have left acetabular fracture at the posterior, superior and medial wall of the left acetabulum, and the adjacent ischium. There was local swelling of the left obturator internus muscle. He was found to have a left foot drop at that time. He underwent surgical treatment with removal of the bullet fragment from the left hip. He has received Physical and occupational therapy with improvement of the pain but not the weakness in the left foot since then.
The patient has noticed since the initial trauma, a persistence of left foot weakness and the numbness burning and tingling in the dorsum of the left foot and toes.
He denies low back pain, bowel or bladder symptoms.

**Review of Systems:**

Pertinent Negatives: There is no history of wt loss, or fever.
There is no loss of vision, double vision, or eye pain.
The hearing is fine.
There is no tinnitus, ear ache or discharge. The patient denies chest pain, palpitations, or shortness of breath.
There is no bowel or bladder difficulty. There is no abdominal pain, nausea or indigestion.
There is no weakness of the arms and right leg, numbness or tingling in the hands or right foot.
There is no skin rash, or blisters.
There is no cognitive impairment. The patient denies anxiety or depression.
There is no history of endocrine disturbance, blood disorders or immune disorder.

**Please refer to HPI for positive ROS.**

# The Neurology Clinic of Washington

*General Neurology, Neuromuscular diseases, Movement disorders, Headache,
Sleep Disorders, Electromyography, Botulinum Toxin injections*

**Nirjal K. Nikhar, MD, FRCP; Aubreigh Godleski, PA-C, MSPAS; Yumi Jono, DNP**

**Past Medical History:**

The patient has been in excellent health without prior medical issues.

**Physical Examination:**

The patient is an averagely built person who walks into the office. There is no acute distress, and the patient appears well developed and nourished. There is no pallor, or cyanosis, clubbing or edema. The head is normocephalic and atraumatic, pupils are round and reactive to light. The oral mucosa is moist and throat is clear. The neck is supple with full range of movement and without lymphadenopathy. Skin appears warm and dry. Heart sounds are normal. Lungs are clear, abdomen is soft and non tender and non distended.

The patient is awake, alert, and oriented to time, person and place. Comprehension, and language is intact. Fund of knowledge and judgement is normal. Speech is fluent and attention is normal. Memory recall is good and praxis is normal. Cranial nerve examination reveals the smell sensation to be subjectively normal though not formally tested. Pupils are reactive to light directly and consensually, going from 4 mm to 3 mm. Visual acuity is normal. Visual fields are full to confrontation. Extraocular movements are full without nystagmus or diplopia. Face is symmetrical, hearing is normal. Tongue and palate move symmetrically. Sternocleidomastoid's are normal. Motor examination is normal to bulk, and tone and strength is normal in all the muscles groups of the upper and right lower extremities.
There is weakness in the left leg at FDF at 0/5, eversion 0/5 and possibly toe plantar flexion.
Deep tendon reflexes are 2/4 at all sites and 1/4 at left ankle jerk, plantars are flexor. Sensory exam to vibration, touch, pain and temperature was normal at all sites but the left foot which revealed reduced pin and temperature in the dorsum of left foot. Coordination testing with finger nose and heel shin tests are normal. He has a left ankle orthosis.

**Clinical Impressions and Recommendations:**

Mr. Gaynor is a 26 year old right handed man who presents with complaints of a left foot weakness and numbness tingling and burning sensation in the left foot. His examination reveals mildly reduced sensation to pin in the dorsum of the left foot, and a clear weakness in the left foot dorsiflexion and eversion resulting a left foot drop.
He underwent an EMG and NCS to assess for a possible left sciatic neuropathy. The study did reveal features of a right Sciatic neuropathy with prominent involvement of the peroneal fibers, which is compatible with his clinical findings.
The history, clinical deficits, and the electrophysiological findings would be most commensurate with a high right Sciatic neuropathy, most likely to have been sustained during the gunshot injury. Possible causes include

18213 Hillcrest Avenue, Olney, MD 20832

3202 Tower Oaks Boulevard, Ste. 330, Rockville, MD 20852

Tel: 301 260 7600   Fax: 240 779 2111



# The Neurology Clinic of Washington

*General Neurology, Neuromuscular diseases, Movement disorders, Headache, Sleep Disorders, Electromyography, Botulinum Toxin injections*

**Nirjal K. Nikhar, MD, FRCP; Aubreigh Godleski, PA-C, MSPAS; Yumi Jono, DNP**

---

direct trauma of the nerve from the projectile (though this is less likely in view of his relative preservation of the tibial fibers), compression or injury from bony fragments, or local hematoma.

He will require ongoing treatment with Physical therapy and rehabilitation specialists. He should have a repeat EMG and NCS in 2 months. If there is no evidence of regeneration at that time, then consideration for tendon transfer surgery should be entertained.

Thank you for inviting me to opine on this gentleman.

Yours Sincerely,

*[signature]*

**Nirjal K Nikhar, MD, FRCP**

18213 Hillcrest Avenue, Olney, MD 20832
3202 Tower Oaks Boulevard, Ste. 330, Rockville, MD 20852
Tel: 301 260 7600   Fax: 240 779 2111