

# The Neurology Clinic of Washington

18213 Hillcrest Avenue, Olney, MD 20832, 3202 Tower Oaks Blvd. #330, Rockville, MD 20852
Tel: 301 260 7600, Fax: 240 779 2111

## Electromyographic Report

**Nirjal K Nikhar, MD, FRCP**

| | | | |
|---|---|---|---|
| **Full Name:** | Zaviea Gaynor | **Gender:** | Male |
| **MRN:** | 120295061522 | **Date of Birth:** | 12/2/1995 |
| **Visit Date:** | 6/15/2022 10:28 AM | | |
| **Age:** | 26 Years | | |
| **Examining Physician:** | Nirjal K. Nikhar, MD, FRCP | | |
| **Referring Physician:** | John Leppler, LLB | | |
| **Height:** | 5 feet 7 inch | | |

**History:** The patient is a 26 year old man with complaints of a left foot drop with numbness and tingling in the left foot, following a gunshot injury to the left buttocks and hip. His neurological examination reveals weakness of the left foot dorsiflexion and eversion. EMG is requested to evaluate for possible left Sciatic neuropathy

### Sensory Nerve Conduction Study

| Nerve / Sites | Rec. Site | Peak Lat ms | NP Amp µV | PP Amp µV | Distance cm | Velocity m/s |
|---|---|---|---|---|---|---|
| **R Sural** | | | | | | |
| Calf | Ankle | 2.92 | 15.0 | 31.8 | 14 | 58 |
| **L Sural** | | | | | | |
| Calf | Ankle | 3.23 | 9.5 | 9.0 | 14 | 52 |
| **R Superficial peroneal** | | | | | | |
| Lat leg | Ankle | 2.83 | 15.3 | 19.2 | 10 | 45 |
| **L Superficial peroneal** | | | | | | |
| Lat leg | Ankle | 0.00 | 0.00 | | 10 | |
| **R Medial plantar** | | | | | | |
| Medial Sole | Ankle | 2.34 | 20.3 | 18.2 | 14 | 84 |
| **L Medial plantar** | | | | | | |
| Medial Sole | Ankle | 0.00 | 0.00 | 0.00 | 14 | |
| **R Lateral plantar** | | | | | | |
| Lateral Sole | Ankle | 3.07 | 4.0 | 4.6 | 14 | 51 |
| **L Lateral plantar** | | | | | | |
| Lateral Sole | Ankle | 0.00 | 0.00 | 0.00 | 14 | |

### Motor Nerve Conduction Study

| Nerve / Sites | Muscle | Latency ms | Amplitude mV | Distance cm | Lat Diff ms | Velocity m/s |
|---|---|---|---|---|---|---|
| **R Peroneal - EDB** | | | | | | |
| Ankle | EDB | 4.5 | 9.4 | 7.5 | | |
| B. Fib Head | EDB | 11.9 | 8.0 | 41 | 7.4 | 55 |
| **L Peroneal - EDB** | | | | | | |
| Ankle | EDB | 0.0 | 0.0 | 7.5 | | |
| | | | | | | |

Zaviea Gaynor 120295061522 6/15/2022 10:28 AM

| Nerve / Sites | Muscle | Latency ms | Amplitude mV | Distance cm | Lat Diff ms | Velocity m/s |
|---|---|---|---|---|---|---|
| R Tibial - AH | | | | | | |
| Ankle | AH | 3.2 | 11.5 | 7.5 | | |
| Knee | AH | 13.1 | 7.5 | 43 | 9.9 | 43 |
| L Tibial - AH | | | | | | |
| Ankle | AH | 3.8 | 5.5 | 7.5 | | |
| Knee | AH | 13.5 | 3.8 | 45 | 9.7 | 47 |

F Waves

| Nerve | F Latency ms |
|---|---|
| R Peroneal - EDB | 49.8 |
| R Tibial - AH | 49.7 |
| L Tibial - AH | 54.1 |

Needle EMG

| EMG Summary Table | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Spontaneous | | | | | MUAP | | | Recruitment |
| Muscle | IA | Fib | PSW | Fasc | H.F. | Amp | Dur. | PPP | Pattern |
| L. Tibialis anterior | Inc. | 4+ | 4+ | None | None | N | N | N | Red. |
| L. Peroneus longus | Inc. | 4+ | 4+ | None | None | N | N | N | Red. |
| L. Tibialis posterior | Inc. | 3+ | 3+ | None | None | N | N | N | N |
| L. Gastroc (Medial head) | Inc. | 3+ | 3+ | None | None | N | N | N | Red. |
| L. Semimembranosus | N | None | None | None | None | N | N | N | N |
| L. Vastus lateralis | N | None | None | None | None | N | N | N | N |
| L. Iliopsoas | N | None | None | None | None | N | N | N | N |
| L. Adductor longus | N | None | None | None | None | N | N | N | N |
| L. Gluteus medius | Inc. | 2+ | 2+ | None | None | N | N | N | N |
| L. Gluteus maximus | N | None | None | None | None | N | N | N | N |
| L. L3 paraspinal | N | None | None | None | None | N | N | N | N |
| L. L4 paraspinal | N | None | None | None | None | N | N | N | N |
| L. L5 paraspinal | N | None | None | None | None | N | N | N | N |
| L. S1 paraspinal | N | None | None | None | None | N | N | N | N |

**Summary:** Bilateral tibial and peroneal motor; bilateral sural and superficial peroneal sensory; and bilateral medial and lateral plantar sensory potentials revealed absent left superficial peroneal sensory, left medial and lateral plantar sensory, and left peroneal motor potentials. Left sural sensory amplitude was reduced compared to the right.

Needle EMG of selected muscles of left lower extremity and left lumbosacral paraspinals revealed severe denervation in the left tibialis anterior (deep peroneal nerve L5-S1), and moderately severe denervation in the left medial gastrocnemius (tibial nerve L5-S1), peroneus longus (common peroneal nerve L5-S1), tibialis posterior (tibial nerve L5-S1), and left Gluteus medius (superior gluteal nerve, L4,5-S1).

**Interpretation:** This is an abnormal study. There is electrophysiological evidence of a severe left Sciatic neuropathy, with predominant involvement of the peroneal fibers. There is also finding of a mononeuropathy of the left superior gluteal nerve. This may occur from a direct trauma to the superior gluteal nerve from the gun shot projectile, bony fragments, or injury to the superior gluteal artery. The findings do not suggest a left obturator neuropathy, left L5-S1 lumbosacral radiculopathy, or a peroneal neuropathy.

*N. Nikhar* (signature)

Nirjal K Nikhar, MD FRCP

Zaviea Gaynor            120295061522            6/15/2022 10:28 AM

## NCS lab standard values. Lower extremities

| Motor | | | | Sensory | | |
|---|---|---|---|---|---|---|
| **Peroneal N.** | Lat. | Amp. | Cond. vel | **Sup. Peroneal N** | Lat. | Amp. |
| Ankle–EDB (75 mm) | <5.7 ms | >2.2mV | | Ankle-foot (100 mm) | <3.4 ms | > 5 μV |
| Fib. Head-ankle | | >2.2 mV | >41 m/s | Ankle-3/4 web sp. (100 mm) | <3.4 ms | > 5 μV |
| Knee-ankle | < | >2.2 mV | >41 m/s | | | |
| F wave | <60 ms | | | **Sural N** | Lat. | Amp. |
| | | | | Calf-ankle (140 mm) | <4.2 ms | > 5 μV |
| **Tibial N.** | | | | | | |
| | | | | **Lat. Plantar N** | | |
| Ankle-Ab. Hall (75 mm) | <5.7 | >2.8 mV | | Sole-ankle (140 mm) | <3.5 ms | |
| Knee-Ankle | | >2.8 mV | >41 m/s | | | |
| | | | | **Med. Plantar N** | | |
| F wave | <58.0 | | | Sole-ankle (140 mm) | <3.5 ms | |





Zaviea Gaynor | 120295061522 | 6/15/2022 10:28 AM

